UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00288(2)-CRW |
| | § | |
| (2) Diana Alexandra Alvarez | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 11, 2026, wherein the defendant (2) Diana Alexandra Alvarez waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (2) Diana Alexandra Alvarez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (2) Diana Alexandra Alvarez's plea of guilty to Count Five (5) is accepted.

Signed this 25th day of August, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE